UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF TEXAS

VICTORIA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| vs. | § § | CRIMINAL NO.   V-05-36M |
| STEPHEN J. FELDHEIM | § § | |

### ORDER DISMISSING CRIMINAL COMPLAINT WITHOUT PREJUDICE

It is ORDERED that the Complaint in the above numbered case against defendant STEPHEN J. FELDHEIM is hereby dismissed without prejudice and in the interest of justice.

It is further ORDERED that the Clerk of the Court shall provide a certified copy of this Order to the United States Marshals Service for the Southern District of Texas.

DONE and ORDERED on this __7__ day of __February__, 2012.

_____
UNITED STATES MAGISTRATE JUDGE